**Electronically Filed
Supreme Court
SCWC-20-0000452
06-MAY-2025
01:29 PM
Dkt. 21 ODAC**

SCWC-20-0000452

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF
RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A8, MORTGAGE
PASS-THROUGH CERTIFICATES SERIES 2006-H UNDER THE POOLING
AND SERVICING AGREEMENT DATED JUNE 1, 2006,
Respondent/Plaintiff-Appellee,

vs.

MICHAEL C. GREENSPON,
Petitioner/Defendant-Appellant.

MICHAEL C. GREENSPON,
Petitioner/Counterclaim/Third-Party Plaintiff-Appellant,

vs.

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF
RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A8, MORTGAGE
PASS-THROUGH CERTIFICATES SERIES 2006-H UNDER THE POOLING
AND SERVICES AGREEMENT DATED JUNE 1, 2006,
Respondent/Counterclaim/Defendant-Appellee,

and

OCWEN LOAN SERVICING LLC; DAVID B. ROSEN, ESQ;
THE LAW OFFICE OF DAVID B. ROSEN, ALC,
Respondents/Third-Party Defendants-Appellees.

MICHAEL C. GREENSPON,
Petitioner/Plaintiff-Appellant,

vs.

FIRST-CITIZENS BANK & TRUST COMPANY, SUCCESSOR BY MERGER
TO CIT BANK, N.A., F.K.A. ONEWEST BANK N.A., F.K.A.
ONEWEST BANK, FSB; DEUTSCHE BANK NATIONAL TRUST COMPANY;
DAVID B. ROSEN, ESQ.; THE LAW OFFICE OF DAVID B. ROSEN, ALC,
Respondents/Defendants-Appellees.
_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000452; CASE NOS. 2CC141000395 and 2CC141000560)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J.; McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner Michael C. Greenspon's Application for Writ

of Certiorari, filed on March 10, 2025, is hereby rejected.

DATED: Honolulu, Hawaiʻi, May 6, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

